**Order entered February 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00943-CV

**CARL BENSON, Appellant**

**V.**

**EMC MORTGATE CORP., Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06777**

## ORDER

By postcard dated October 31, 2012, we notified the Dallas County District Clerk's office that the clerk's record in this case was overdue. On December 4, 2012, the Dallas County District Clerk responded that the clerk's record had been submitted as of August 1, 2012 in cause number 05-12-00825-CV. Because the case was severed below, and has not been consolidated on appeal, the Dallas County District Clerk is **ORDERED** to file all papers relevant to trial court cause number DC-12-06777-F within **THIRTY DAYS** of the date of this order. We **DIRECT** the Clerk of the Court to send a copy of this order to:

Gary Fitzsimmons
Dallas County District Clerk
George L. Allen Sr. Courts Building
600 Commerce St., Suite 103
Dallas, Texas 75202

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE